AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 3:13cv163   DATE FILED | U.S. District Court, Northern District of Indiana<br>South Bend Division<br>204 S Main St, South Bend, IN 46601 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Doe subscriber assigned IP address 24.12.128.129 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA0001815353 | Heart and Soul | Malibu Media, LLC |
| 2 PA0001783357 | Mutual Orgasm | Malibu Media, LLC |
| 3 PA0001816166 | Prelude to Passion | Malibu Media, LLC |
| 4 PA0001810503 | Red Hot | Malibu Media, LLC |
| 5 See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1

## CONTINUATION OF DOCUMENT AO-121

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001815345 | Tarde Espanola | Malibu Media, LLC |
| 6. PA0001762022 | Tiffany Sex With A Supermodel | Malibu Media, LLC |
| 7. PA0001805315 | Unbelievably Beautiful | Malibu Media, LLC |
| 8. PA0001809287 | Wild Things | Malibu Media, LLC |
| 9. PA0001811852 | Young Passion | Malibu Media, LLC |

1

NIN11